BUTT REALTY COMPANY, ET AL., APPELLANTS, v. BOARD OF ADJUSTMENT OF THE CITY OF PLAINFIELD ET AL., RESPONDENTS.

Argued May 21, 1946—Decided September 12, 1946.

For the appellants, *Joseph Butt.*

For the respondents, *Salvador Diana* and *Robert S. Hart-grove.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Bodine, Donges, Perskie, Wachenfeld, Wells, Rafferty, Dill, Freund, McLean, JJ. 11.

*For reversal*—Heher, McGeehan, JJ. 2.